IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHANIE CRUZ, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action |
| vs. : | File No.: 1:14-cv-03510-MHC |
| : | |
| FEDEX GROUND PACKAGE SYSTEM, : | |
| INC., MICHAEL BRYANT, USA : | |
| TRUCK, INC., ACE AMERICAN : | |
| INSURANCE COMPANY, FEDERAL : | |
| INSURANCE COMPANY, and : | |
| JOHN DOE, : | |
| : | |
| Defendants. : | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff and Defendants and hereby stipulate, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), 41(a)(1)(B), and 41(c) and Local Rule 41.1, all claims and counterclaims of all parties shall be voluntarily dismissed without prejudice, with each party to bear his, her or its own legal fees and other costs.

*(Signatures on following page.)*

This the 30th day of December, 2015.

_____
Eric L. Jensen, Esq.
Georgia Bar No. 391259
Jason W. Graham, Esq.
Georgia Bar No. 304595
Graham & Jensen, LLP
17 Executive Park Drive, Suite 115
Atlanta, Georgia 30329

_____ by ELJ w/ permission
Kevin Patrick Branch, Esq.
Georgia Bar No. 111839
Michael Patrick Johnson, Esq.
Georgia Bar No. 395055
McMickle, Kurey, & Branch, LLP
200 South Main Street
Alpharetta, Georgia 30009

_____ by ELJ w/ permission
Grant Smith, Esq.
Georgia Bar No. 658345
Brent M. Estes, Esq.
Georgia Bar No. 250605
Dennis, Corry, Porter & Smith, LLP
3535 Piedmont Road, N.E.
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading was prepared using Times New Roman, 14-point, and otherwise conforms to the requirements of Local Rule 5.1.

This the 30th of December, 2015.

/s/ Eric L. Jensen
Eric L. Jensen
Georgia Bar No. 391259
Jason W. Graham
Georgia Bar No. 304595
Attorneys for Plaintiff

Graham & Jensen, LLP
17 Executive Park Drive
Suite 115
Atlanta, Georgia 30329
Telephone: (404) 842-9380
Facsimile: (678) 904-3110

## CERTIFICATE OF SERVICE

I hereby certify that on December 30th, 2015, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorneys of record:

Grant Smith, Esq.
Brent M. Estes, Esq.
Dennis, Corry, Porter & Smith, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305

Kevin Patrick Branch, Esq.
Michael Patrick Johnson, Esq.
McMickle, Kurey, & Branch, LLP
200 South Main Street
Alpharetta, GA 30009

This the 30th day of December, 2015.

/s/ Eric L. Jensen
Eric L. Jensen
Georgia Bar No. 391259
Jason W. Graham
Georgia Bar No. 304595
Attorneys for Plaintiff

Graham & Jensen, LLP
17 Executive Park Drive
Suite 115
Atlanta, Georgia 30329
Telephone: (404) 842-9380
Facsimile: (678) 904-3110